IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>                    Defendant. | Civil Action No. 2:12-CV-00262-MHS-CMC |

**NOTICE OF READINESS FOR A SCHEDULING CONFERENCE**

      COMES NOW Plaintiff, TQP Development, LLC ("TQP"), and hereby notifies the Court that this case is ready for a scheduling conference.  Defendant has responded to TQP's Compliant.

      There are no motions to dismiss or transfer currently pending.

      This case is related to the following cases involving the same patent:

1. Judge William Bryson, USDC TXED, Case No. 2:08-cv-00471 (TQP v. Merrill Lynch)

2. Judge Michael H. Schneider, USDC TXED, Case No. 2:10-cv-00446 (TQP v. Dell)

3. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00248 (TQP v. 1-800-Flowers.com)

4. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00249 (TQP v. Allianz)

5. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00396 (TQP v. Caterpillar)

6. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00397 (TQP v. Aflac)

7. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00398 (TQP v. Alaska Air)

8. Judge Michael H. Schneider, USDC TXED, Case No. 2:11-cv-00399 (TQP v. DirecTv)

9. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00053 (TQP v. British Airways)

10. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00054 (TQP v. Priceline.com)

11. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00055 (TQP v. Branch Bank and Trust Company)

12. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00057 (TQP v. Green Dot Corporation)

13. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00059 (TQP v. McAfee)

14. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00060 (TQP v. SVB Financial Group)

15. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00061 (TQP v. Wells Fargo & Company)

16. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00063 (TQP v. First National Bank of Omaha)

17. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00064 (TQP v. Moneygram)

18. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00069 (TQP v. Pentagon Federal Credit Union)

19. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00070 (TQP v. First Financial Corporation)

20. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00071 (TQP v. York Securities, Inc.)

21. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00072 (TQP v. Security Service Federal Credit Union)

22. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00176 (TQP v. Cable One)

23. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00179 (TQP v. Dish Network)

24. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00180 (TQP v. Intuit)

25. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00181 (TQP v. Enterprise Holdings)

26. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00182 (TQP v. Travelocity.com)

27. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00186 (TQP v. Monster Worldwide)

28. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00187 (TQP v. Indeed)

29. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00189 (TQP v. Earthlink)

30. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00190 (TQP v. Kemma Technology)

31. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00191 (TQP v. LinkedIn Corporation)

32. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00192 (TQP v. Google)

33. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00195 (TQP v. Sony Computer Entertainment America)

34. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00198 (TQP v. Consumer Cellular)

35. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00199 (TQP v. Fiserv)

36. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00200 (TQP v. HomeAway)

37. Judge Michael H. Schneider, USDC TXED, Case No. 2:12-cv-00258 (TQP v. Catalyst Corporate Federal Credit Union)

Dated:  August 8, 2012

Respectfully submitted,

**TQP DEVELOPMENT, LLC**

By: /s/ Adam S. Hoffman
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Adam S. Hoffman, CA Bar No. 218740
E-mail: ahoffman@raklaw.com
Alexander C. Giza, CA Bar No. 212327
E-mail: agiza@raklaw.com
Kevin P. Burke, CA Bar No.  241972
E-mail: nwilson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991

Andrew W. Spangler, TX Bar No. 24041960  
E-mail: spangler@sfipfirm.com  
James A. Fussell, III, AR Bar No. 2003193  
E-mail: fussell@sfipfirm.com  
SPANGLER & FUSSELL P.C.  
208 N. Green Street, Suite 300  
Longview, Texas 75601  
Telephone:    903/753-9300  
Facsimile:     903/553-0403  

**Attorneys for Plaintiff**  
**TQP DEVELOPMENT, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 8, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                              /s/ Adam S. Hoffman
                                                               Adam S. Hoffman