**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| Plaintiff, | § | No. 2:12-CV-61-JRG-RSP |
| v. | § | CONSOLIDATED |
| **WELLS FARGO BANK, N.A,** | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| Plaintiff, | § | No. 2:12-CV-262-JRG-RSP |
| v. | § | |
| **FEDEX TRADE NETWORKS AND FEDEX CORPORATE SERVICES, INC,** | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendants FedEx Trade Networks and FedEx Corporate Services, Inc. in the lead consolidated case, *TQP Development, LLC v. Wells Fargo Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. FedEx Trade Networks and FedEx Corporate Services, Inc*, Case No. 2:12-cv-262, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted

between plaintiff TQP Development, LLC and defendants FedEx Trade Networks and FedEx Corporate Services, Inc. in the lead consolidated case, *TQP Development, LLC v. Wells Fargo Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. FedEx Trade Networks and FedEx Corporate Services, Inc.*, Case No. 2:12-cv-262, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated October 10, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate FedEx Trade Networks and FedEx Corporate Services, Inc. in Case No. 2:12-cv-61, and the Clerk is ORDERED to close Case No. 2:12-cv-262.

**SIGNED this 24th day of October, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE